# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **ELBERT BALLARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:23-cv-01754-RDP-JHE |
| **MEDICAL STAFF at HAMILTON AGED & INFIRMED,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Elbert Ballard filed a *pro se* complaint and supplemental complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Docs. 1, 19). On June 13, 2025, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 21).

On June 27, 2025, the court received Plaintiff's motion for an extension of time to file objections to the Report and Recommendation. (Doc. 22). Plaintiff stated that he was scheduled to be released soon from prison and requested additional time to retain counsel. (Doc. 22 at 1, 3). On July 3, 2025, the Magistrate Judge granted Plaintiff's motion and ordered him to file any objections to the Report and Recommendation within thirty days. (Doc. 23).

On July 15, 2025, Plaintiff notified the court of his current address and again requested an extension of time to file objections to the Report and Recommendation. (Doc. 24 at 1). On August 5, 2025, the Magistrate Judge granted Plaintiff's motion for an extension of time and ordered him

to file any objections on before August 22, 2025. (Doc. 26). That deadline has passed, and Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation.[1]

Based on recent filings, it appears Plaintiff has experienced challenges in finding housing since his release from prison. (Docs. 24, 27). But the Magistrate Judge has provided Plaintiff two extensions, and Plaintiff has simply not come forward with any legal basis to demonstrate his claims are entitled to proceed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 3, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

---

[1] On August 21, 2025, the Columbus Fire Specialized Program Assessing Resource Connectivity notified the court that Plaintiff currently resides at the Faith Mission Men's Shelter in Columbus, Ohio. (Doc. 27 at 1).